**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| PETER BEASLEY,<br><br>Plaintiff,<br><br>v.<br><br>SOCIETY FOR INFORMATION MANAGEMENT, *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br><br>No. 25-4211-KMW-EAP<br><br>**MEMORANDUM OPINION AND ORDER** |

**THIS MATTER** comes before the Court by way of plaintiff Peter Beasley's ("Plaintiff") unopposed Motion for an Extension of Time (ECF No. 10) to file a response to Defendant Gena Slaughter's ("Judge Slaughter") Motion to Dismiss (ECF No. 8) Plaintiff's Amended Complaint (ECF No. 5); and

**WHEREAS,** pursuant to L. Civ. R. 78.1(a), Plaintiff's opposition to Judge Slaughter's Motion to Dismiss was due on August 4, 2025[1]; and

**WHEREAS,** as indicated by the Clerk's Quality Control Message entered on July 23, 2025, the docket entry corresponding to Judge Slaughter's Motion to Dismiss erroneously indicates that "Responses [are] due by 8/18/2025"; and

**THE COURT NOTING** that Plaintiff is appearing pro se; and

**WHEREAS,** pursuant to Fed. R. Civ. P. 15, "a party may amend its pleading *once as a matter of course* within: (a) 21 days after serving it, or (b) if the pleading is one to which a

---

[1] *See* https://www.njd.uscourts.gov/sites/njd/files/2025Motions.pdf.

responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier"; and

**THE COURT NOTING** that Plaintiff has already amended his Complaint once as a matter of course within 21 days of filing his initial Complaint on May 12, 2024 (*see* Am. Compl., ECF No. 5); and

**THE COURT FURTHER NOTING** that Plaintiff filed a Second Amended Complaint (ECF No. 11) without the opposing party's consent or the Court's leave pursuant to Fed. R. Civ. P. 15(a)(2);

**CONSEQUENTLY**, for all the foregoing reasons, and for good cause shown;

IT IS HEREBY on this 14 day of **August**, 2025,

**ORDERED** that Plaintiff's Motion for an Extension of Time (ECF No 10) is **GRANTED** as follows: Plaintiff shall file any opposition to Judge Slaughter's Motion to Dismiss (ECF No. 8) by August 19, 2025, and Judge Slaughter's reply shall be due by August 26, 2025; and further

**ORDERED** that, pursuant to Fed. R. Civ. P. 12 (f)(1), the Court **STRIKES** Plaintiff's Second Amended Complaint for failure to comply with Fed. R. Civ. P. 15(a); and further

**ORDERED** that, pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff may file a Second Amended Complaint with the consent of the opposing parties or by leave of Court; and further

**ORDERED** that if Plaintiff wishes to obtain leave of Court to file a Second Amended Complaint, he must file a Motion for Leave to Amend in compliance with L.Civ.R. 15.1; and further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE